1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7
8
9   IO GROUP INC,
10      Plaintiff,                    No. C 09-0884 PJH
11      v.                            **ORDER**
12  JASON JORDAN,
13      Defendant.
       _____/
14

15  The court is in receipt of a motion to set aside entry of default and default judgment,
16  filed by defendant on October 16, 2009.  Defendant, however, failed to indicate the hearing
17  date for the motion in his moving papers, as required by Civil Local Rule 7-2.  Accordingly,
18  the court hereby sets the hearing on defendant's motion to set aside entry of default and
19  default judgment for **November 25**, **2009**, at 9:00 a.m., in Courtroom 3, 3rd Floor, Federal
20  Building, 1301 Clay Street, Oakland, California 94612.  The court is already in receipt of
21  plaintiff's opposition brief in response to the motion, filed on October 22, 2009.
22  The court furthermore notes that the most recent court orders sent to defendant –
23  who is pro se – at the address for him listed on the docket have been returned as
24  undeliverable.  It is clear, however, that at least some of the court's prior instructions have
25  nonetheless been received by defendant, as defendant has complied with certain of the
26  court's instructions.  In view of this, and in addition to the court's mailing of the instant order
27  to the address on file for defendant, plaintiff is instructed to serve a copy of the instant
28

order upon defendant within five days of the date of the order.

**IT IS SO ORDERED.**

Dated: October 26, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge