UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IO GROUP INC,

        Plaintiff,

  v.

JASON JORDAN et al,

        Defendant.
                                                /

Case Number: CV09-00884 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 27, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason Jordon
P.O. Box 91742
Atlanta, GA 30364

Dated: October 27, 2009

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk