UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IO GROUP INC,

    Plaintiff(s),

No. C 09-0884 PJH

v.

**ORDER GRANTING MOTION TO SET ASIDE DEFAULT; DENYING MOTION FOR DEFAULT JUDGMENT; WITHDRAWING REFERENCE TO MAGISTRATE JUDGE; AND SCHEDULING CASE MANAGEMENT CONFERENCE**

JASON JORDAN,

    Defendant(s).
_____/

    Even though defendant, Jason Jordan, did not appear at the hearing, his motion to set aside the default entered by the Clerk is GRANTED, in view of the questions raised before Judge Chen as to service of the summons and complaint on the correct address. The court notes that re-service was ordered by Judge Chen and it has been accomplished. Accordingly, the motion for default judgment is DENIED as moot and the referral of the motion to Judge Chen is WITHDRAWN.

    Defendant is advised however, that the address he has provided to the court is the only address that the court will use to communicate with him and that it is his responsibility to make sure it is accurate. Documents have previously been sent to that address by the court and returned as undeliverable. A further default will be entered by the court should defendant not properly defend this action.

    A case conference will be held to schedule discovery, pretrial and trial dates on December 10, 2009. <u>Both</u> parties may appear telephonically at 1:30 p.m., simply by notifying the clerk that telephonic appearance is their preference. Plaintiff's counsel will be

responsible for initiating the call to chambers. If both parties do not agree to a telephonic appearance, then both parties shall appear in person at 2:00 p.m. A joint case management statement must be filed 7 days in advance of the conference.

**IT IS SO ORDERED.**

Dated: November 25, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge