UNITED STATES DISTRICT COURT

Northern District of California

| | | |
|---|---|---|
| IO GROUP, INC | | |
| | Plaintiff(s), | No. C 09-00884 MEJ |
| v. | | **NOTICE OF REASSIGNMENT** |
| JORDON | | |
| | Defendant(s). | **ORDER FOR PARTIES TO FILE STATUS REPORT** |
| _____/ | | |

This matter has been reassigned to Magistrate Judge Maria-Elena James for all purposes, including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. When filing papers that require the Court to take any action, the parties shall lodge chambers copies by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy."

Prior to scheduling any matters in this case, the Court hereby ORDERS the parties to file a joint status report by December 17, 2009. In their report, the parties shall address whether any matters remaining pending at this time, and how they wish to proceed with scheduling pretrial and trial dates.

**IT IS SO ORDERED.**

Dated: December 8, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge