# UNITED STATES  DISTRICT COURT

## Northern District of California

IO GROUP, INC,

                    Plaintiff(s),

     v.

JORDON,

                    Defendant(s).

_____/

No. C 09-00884 MEJ

**ORDER SCHEDULING CMC**

      The Court is in receipt of the parties' Joint Status Report, filed December 17, 2009.  (Dkt. #45.)  Good cause appearing, the Court shall conduct a case management conference on January 21, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint case management statement by January 14, 2010.  Discovery shall commence immediately, in compliance with the federal and local rules.  As requested, the ADR department shall contact the parties to schedule a telephone conference prior to January 14.

      **IT IS SO ORDERED.**

Dated: December 21, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge