UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| IO GROUP, INC, <br><br>                Plaintiff(s), <br>    v. <br> JASON JORDAN, <br><br>                Defendant(s). <br>  _____/ | No. C 09-00884 MEJ <br><br> **ORDER TO SHOW CAUSE** |

On December 4, 2010, the Honorable Phyllis Hamilton ordered that this matter be reassigned to the undersigned magistrate judge for all purposes. (Dkt. #43.) However, the notice sent to Defendant Jason Jordan was returned as undeliverable. (Dkt. #48.) Further, on January 12, 2010, an ADR Clerk's Notice was also returned as undeliverable. (Dkt. #49.) Pursuant to Civil Local Rule 3-11(a), a party "whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address."

Now before the Court is Plaintiff's Separate Case Management Statement, filed January 14, 2010, in which Plaintiff states that Defendant is not reachable at the address or telephone number he provided the Court and that, although he is intermittently reachable via electronic mail, Plaintiff requested cooperation with regard to filing its statement but did not receive a response from Mr. Jordan. The Court also notes that the Clerk of Court has previously entered default against Mr. Jordan in this case for his failure to appear. (Dkt. #7.) Although that default was later vacated by Judge Hamilton, (Dkt. #40), the Court notes that, overall, Mr. Jordan has consistently failed to defend this case and follow court-imposed deadlines.

Based on this inaction, the Court hereby VACATES the January 21, 2010 Case Management Conference and ORDERS Defendant Jason Jordan to show cause why his default should not be re-entered for failure to defend himself in this action and failure to comply with court rules and deadlines. Plaintiff shall file a declaration by January 28, 2010, and the Court shall conduct a hearing on February 4, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: January 14, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC,

        Plaintiff,

v.

JORDON,

        Defendant.

Case Number: 09-00884 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason Jordon
P.O. Box 91742
Atlanta, GA 30364

Jason Jordan
nubian101@gmail.com

Dated: January 14, 2010

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

3