UNITED STATES DISTRICT COURT

Northern District of California

| IO GROUP, INC, | No. C 09-00884 MEJ |
|---|---|
| Plaintiff(s), v. JASON JORDON, Defendant(s). | **ORDER CONTINUING HEARING RE: MOTION FOR DEFAULT JUDGMENT (DKT. #57)** |

This matter is currently scheduled for a April 1, 2010 hearing on Plaintiff's Motion for Default Judgment. (Dkt. #57.) Please take notice that the hearing has been continued to April 15, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: March 15, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC,

        Plaintiff,

v.

JORDON,

        Defendant.

Case Number: 09-00884 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 15, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason Jordon
P.O. Box 91742
Atlanta, GA 30364

Jason Jordan
nubian101@gmail.com

Dated: March 15, 2010

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk