**UNITED STATES DISTRICT COURT**

Northern District of California

| | |
|---|---|
| IO GROUP, INC,<br><br>　　　　　　　Plaintiff(s),<br>　　v.<br>JASON JORDON,<br><br>　　　　　　　Defendant(s).<br>_____/ | No. C 09-00884 MEJ<br><br>**ORDER CONTINUING HEARING RE: MOTION FOR DEFAULT JUDGMENT (DKT. #57)** |

This matter is currently scheduled for a April 1, 2010 hearing on Plaintiff's Motion for Default Judgment. (Dkt. #57.) Please take notice that the hearing has been continued to April 15, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: March 15, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC,

Plaintiff,

v.

JORDON,

Defendant.
_______________________________________/

Case Number: 09-00884 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 15, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason Jordon
P.O. Box 91742
Atlanta, GA 30364

Jason Jordan
nubian101@gmail.com

Dated: March 15, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk