UNITED STATES DISTRICT COURT

Northern District of California

IO GROUP, INC,

                Plaintiff,

   v.

JASON JORDAN,

                Defendant.

No. C 09-0884 MEJ

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES (DKT. #67)**

## I. INTRODUCTION

Pending before the Court is Plaintiff IO Group, Inc.'s ("Plaintiff") Motion for Attorney's Fees, filed April 30, 2010. (Dkt. #67.) On April 16, 2010, the Court entered default judgment against Defendant Jason Jordan ("Defendant"), who has now failed to file an opposition to Plaintiff's motion or otherwise appear in this matter since December 17, 2009. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the June 10, 2010 hearing. After consideration of Plaintiff's moving papers, relevant legal authority, and good cause appearing, the Court **GRANTS** Plaintiff's Motion and awards attorney's fees in the amount of $16,443.00[1], as detailed below.

## II. BACKGROUND

On February 27, 2009, Plaintiff filed the above-captioned matter against Defendant for copyright infringement under the Federal Copyright Act of 1976, 17 U.S.C. §§ 101, *et seq*. (Compl., Dkt. #1.) On May 8, 2009, after Defendant failed to respond to the Complaint, the Clerk of Court

---

[1] Although Plaintiff seeks $16,447.00 in its motion, the declaration in support filed by its counsel provides an invoice that lists $16,443.00. Accordingly, the Court shall award the lower amount.